UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                  :

DAMON JONES,                             :

                          Plaintiff,    :                             22 Civ. 6859 (LGS)

                -against-          :

                                    :                               ORDER

LOMBARDIS ORIGINAL PIZZA INC.,    :

                           Defendant.   :

                                    :
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated November 10, 2022, directed Defendant to file its motion for

judgment on the pleadings, with a memorandum of law, by November 29, 2022;

        WHEREAS, no such motion was filed.  It is hereby

        **ORDERED** that Defendant shall file its motion by **December 1, 2022**.

Dated: November 30, 2022
        New York, New York

                                    **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**