UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMON JONES,
                           Plaintiff,

                           22 Civ. 6859 (LGS)

         -against-

                           ORDER

LOMBARDIS ORIGINAL PIZZA INC.,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Order dated October 12, 2022, required the parties to file a status letter on December 19, 2022, as outlined in Individual Rule IV.A.2;

     WHEREAS, the parties failed to submit the letter. It is hereby

     **ORDERED** that, by **December 23, 2022**, the parties shall file the status letter.

Dated: December 20, 2022
       New York, New York

                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE