UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself
and all others similarly situated,

              Plaintiffs,

-against-

LOMBARDI'S ORIGINAL PIZZA INC.

              Defendant.

Case No. 1:22-cv-6859

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
            January 12, 2023

                                              Respectfully Submitted,

                                              **/s/ Mars Khaimov**
                                  By:    Mars Khaimov, Esq.
                                              108-26 64th avenue, Second Floor
                                              Forest Hills, New York 11375
                                              Tel (929) 324-0717
                                              Fax (929) 333-7774
                                              Email: mars@khaimovlaw.com
                                              *Attorney for Plaintiff*